IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>**1) PABLO SOTO-HERNANDEZ**, a/k/a "Cartoon"<br>2) VICTOR RIJOS-NIEVES, a/k/a "Papo"<br>3) CARLOS BONILLA-FELICIANO, a/k/a "Burro"<br>4) EFRAIN SEGARRA-RIVERA, a/k/a "Toyo"<br>5) DAYSON LEBRON-RODRIGUEZ, a/k/a "Day"<br>Defendants | CRIMINAL 13-0200CCC |

**ORDER**

Having considered the Report and Recommendation filed on August 20, 2013 (**docket entry 101**) on a Rule 11 proceeding of defendant Pablo Soto-Hernández (1) before U.S. Magistrate Judge Marcos E. López on August 14, 2013, to which no objection has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since August 14, 2013. The **sentencing hearing is set for November 14, 2013 at 4:15 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on September 10, 2013.

S/CARMEN CONSUELO CEREZO
United States District Judge